```
PHILLIP A. TALBERT
United States Attorney
DHRUV M. SHARMA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:23-po-00023-KJN |
|---|---|---|
| Plaintiff, | ) ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| DELIA D. ZESATI, | ) ) | DATE: May 1, 2023 TIME: 9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:23-po-00023-KJN is GRANTED.

It is further ordered that the bench trial scheduled on May 1, 2023, is vacated.

IT IS SO ORDERED.

Dated: April 21, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE